UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

SHANNON OVERTON,

        Plaintiff,

vs.                                           CIVIL NO. 7:09-CV-17 (GTS/GHL)

VILLAGE OF CARTHAGE, NEW YORK,
and REEVIE ROCKHILL,

        Defendants.

| Appearances: | Of Counsel: |
|---|---|
| For Plaintiff: | |
| BOSMAN LAW OFFICE<br>6599 Martin Street<br>Rome, NY 13440 | A.J. BOSMAN, ESQ. |
| For Defendant: | |
| MELVIN, MELVIN LAW FIRM<br>217 South Salina Street, 7th Floor<br>Syracuse, NY 13202 | MICHAEL R. VACCARO, ESQ. |

Glenn T. Suddaby, U.S. District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

      The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within ninety (90) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within ninety (90) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated: December 10, 2009
      Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge